IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERRY OUTLAW,

Plaintiff,

v.

CITY OF CAHOKIA, *et al.*,

Defendants.

Case No. 16-cv-456 JPG/SCW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 26, 2017**     **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/*Tina Gray*, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**