UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY OUTLAW,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CAHOKIA, CHIEF JAMES JONES, DET. MATTHEW MASON, COUNTY OF ST. CLAIR, SHERIFF RICHARD WATSON, SUPT. PHILLIP MCLAURIN, LT. NANCY SUTHERLIN, SGT. STEVEN STRUBBERG, OFFICER CHRISTOPHER HOERNIS, LT. JOHN FULTON, SGT. MATTHEW R. SCOTT, SGT. BRIAN CUNNINGHAM and LT. KARL L. PANNIER,<br><br>    Defendants. | Case No. 16-cv-456-JPG-SCW |

## **AMENDED JUDGMENT**

This matter having come before the Court, the plaintiff having filed a notice of dismissal with prejudice of defendants James Jones and Matthew Mason and having settled the claims against all other defendants;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**JUSTINE FLANAGAN, Acting Clerk of Court**

**Dated:  November 15, 2017**     <u>s/Tina Gray, Deputy Clerk</u>

**Approved:**   <u>s/ J. Phil Gilbert</u>
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**